1

2

3

4                              UNITED STATES DISTRICT COURT

5                            NORTHERN DISTRICT OF CALIFORNIA

6

7    ADAM MICHAEL KENDALL,                       Case No. 23-cv-02709-HSG

8              Plaintiff,                         **ORDER GRANTING SECOND**
                                                  **EXTENSION OF TIME TO FILE**
9         v.                                      **DISPOSITIVE MOTION**

10   GALINDO, et al.,                             Re: Dkt. No. 21

11             Defendants.

12

13        Good cause being shown, Defendants' unopposed second request for an extension of time

14   to file their dispositive motion is GRANTED.  Dkt. No. 21.  Defendants shall file their dispositive

15   motion by June 27, 2024.  Plaintiff's opposition to the dispositive motion must be filed with the

16   Court and served upon Defendants no later than 28 days from the date the motion is filed.

17   Defendants shall file a reply brief in support of their dispositive motion no later than 14 days after

18   the date the opposition is filed.  The motion shall be deemed submitted as of the date the reply

19   brief is due.  No hearing will be held on the motion.

20        This order terminates Dkt. No. 21.

21        **IT IS SO ORDERED.**

22   Dated:  2/1/2024

23

24   HAYWOOD S. GILLIAM, JR.
     United States District Judge

25

26

27

28

United States District Court
Northern District of California