UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM MICHAEL KENDALL,<br><br>    Plaintiff,<br><br>v.<br><br>GALINDO, et al.,<br><br>    Defendants. | Case No. 23-cv-02709-HSG<br><br>**ORDER VACATING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 35 |

Good cause being shown, the Court GRANTS Defendants' request to vacate the current deadline for filing a dispositive motion. Dkt. No. 35. The Court will set a new dispositive motion deadline in the order addressing the pending discovery motions.

This order terminates Dkt. No. 35.

**IT IS SO ORDERED.**

Dated: 6/14/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge