UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM MICHAEL KENDALL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GALINDO, et al.,<br><br>　　　　Defendants. | Case No. 23-cv-02709-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE REPLY**<br><br>Re: Dkt. No. 38 |

Good cause being shown, Plaintiff's request for an extension of time to file reply briefs in support of his motion to compel discovery (Dkt. No. 27) and motion for intervention (Dkt. No. 30) is GRANTED. Dkt. No. 38. Plaintiff shall file his reply briefs by July 7, 2024.

This order terminates Dkt. No. 38.

**IT IS SO ORDERED.**

Dated: 6/20/2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　United States District Judge